■ In the Matter of CHASE LINCOLN FIRST BANK, N. A., as Executor of CYRIL J. STAUD, Deceased.—Decree unanimously affirmed with costs for reasons stated in the decision at Monroe County Surrogate's Court, Ciaccio, S. (Appeal from decree of Monroe County Surrogate's Court, Ciaccio, S.—executor's commissions.) Present—Dillon, P. J., Callahan, Denman, Lawton and Davis, JJ.

■ ROSINA VAN ZELF, Respondent, v ROBERT B. SHAAD, Appellant.—Order and judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Gilbert, J. (Appeal from order and judgment of Supreme Court, Jefferson County, Gilbert, J.—legal malpractice.) Present—Dillon, P. J., Callahan, Denman, Lawton and Davis, JJ.